# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

### NO. 03-09-00693-CR
### NO. 03-09-00694-CR

---

**Lawrence Joiner, Appellant**

**v.**

**The State of Texas, Appellee**

---

**FROM THE DISTRICT COURT OF BASTROP COUNTY, 21ST JUDICIAL DISTRICT
NOS. 13678 & 13679, HONORABLE TERRY L. FLENNIKEN, JUDGE PRESIDING**

---

### M E M O R A N D U M   O P I N I O N

Lawrence Joiner pleaded guilty to the offenses of aggravated robbery and tampering with evidence. Tex. Penal Code Ann. § 29.03 (West 2003), § 37.09 (West Supp. 2009). At his request, a jury trial was held on punishment for both convictions. Joiner appeals the jury's sentences of thirty years and ten years running concurrently for the respective offenses of aggravated robbery and evidence tampering.

Joiner's court-appointed attorney filed a brief in each case concluding that the appeal is frivolous and without merit. The brief meets the requirements of *Anders v. California*, 386 U.S. 738 (1967), by presenting a professional evaluation of the record demonstrating why there are no arguable grounds to be advanced. *See also Penson v. Ohio*, 488 U.S. 75 (1988); *High v. State*, 573 S.W.2d 807 (Tex. Crim. App. 1978); *Currie v. State*, 516 S.W.2d 684 (Tex. Crim. App. 1974); *Jackson v. State*, 485 S.W.2d 553 (Tex. Crim. App. 1972); *Gainous v. State*, 436 S.W.2d 137

(Tex. Crim. App. 1969).  Joiner received a copy of counsel's brief and was advised of his right to examine the appellate record and to file a pro se brief.  No pro se brief has been filed.

We have reviewed the record and counsel's brief and agree that the appeal is frivolous and without merit.  We find nothing in the record that might arguably support the appeal. *See Bledsoe v. State*, 178 S.W.3d 824, 826-27 (Tex. Crim. App. 2005).  Counsel's motion to withdraw is granted.

The judgments are affirmed.

_____

G. Alan Waldrop, Justice

Before Justices Patterson, Waldrop and Henson

Affirmed

Filed:   August 3, 2010

Do Not Publish

2